**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **HARRY LEE BOGGS, JR.,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:13-CV-107 (HL) |
| : | |
| : | |
| **MARTY ALLEN, et al,** : | |
| : | |
| Defendants : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 9) filed October 17, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 6th day of November, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**