IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HARRY LEE BOGGS, JR., | : | |
| Plaintiff, | : | |
| VS. | : | 7:13-CV-107 (HL) |
| MARTY ALLEN, *et al.*, | : | |
| Defendants. | : | |

**RECOMMENDATION**

Plaintiff, who is proceeding *pro se,* brought the above-styled action pursuant to 42 U.S.C. § 1983 on August 5, 2013. (Doc. 1). The Court completed an Initial Review pursuant to 28 U.S.C. § 1915A, and ordered that six (6) Defendants be served on October 17, 2013. (Doc. 9). Subsequent to the October 17, 2013 Initial Review, it has come to the Court's attention that Plaintiff failed to disclose that he had filed at least sixteen (16) prior lawsuits related to his imprisonment. As a result of this new information, the Court has conducted a supplemental Initial Review, and files this additional Recommendation.

Question 4 of the Court's complaint form completed by Plaintiff asked if Plaintiff had ever submitted a lawsuit for filing in any federal or state court dealing with the same facts involved in this lawsuit or otherwise related to his imprisonment. (Doc. 1, p. 2). Plaintiff answered "no". (*Id.*). Question 6 of the Court's complaint form asked Plaintiff if he had "ever submitted a lawsuit for filing in any federal or state court dealing with facts OTHER THAN those involved in this lawsuit?", and Question 7 asked Plaintiff to provide the lawsuits. (*Id.*). Plaintiff provided no information for either Question 6 or 7. In Question 8 of the complaint form, Plaintiff was asked if any suit he had filed in federal court, where he was permitted to proceed *in forma*

*pauperis* ("IFP"), was dismissed as frivolous, malicious, or for failure to state a claim, and Plaintiff answered "no". (*Id.* at p. 3). A review of court records on PACER Docket Report reveals that Plaintiff had filed at least sixteen prior lawsuits at the time he initiated this action. Furthermore, Plaintiff has had one case wherein he was granted IFP dismissed for failure to state a claim, and Plaintiff has had four cases dismissed for failure to follow a court order after being allowed to proceed IFP. [1]

As Plaintiff has provided false information to the Court, his Complaint is subject to dismissal for "abuse of the judicial process". *See Redmon v. Lake County Sheriff's Office*, 414 Fed. Appx. 221, 226 (11th Cir. 2011) (prisoner's failure to disclose previous lawsuits constituted abuse of the judicial process warranting a sanction of dismissal of his *pro se* § 1983 action); *Shelton v. Rohrs*, 406 Fed. Appx. 340, 340-341 (11th Cir. 2010) (affirming the dismissal of suit without prejudice pursuant to 1915(e)(2)(B)(i) based on plaintiff's failure to disclose prior litigation); *Young v. Sec'y. Florida for Dep't. of Corrections*, 380 Fed. Appx. 939 (11th Cir. 2010) (affirming dismissal of civil rights case pursuant to 1915(e)(2)(B)(i) based on plaintiff's failure to disclose prior litigation); *May v. Barber*, 2013 WL 3808047 (S.D. Ala., July 22, 2013) (dismissing case as malicious pursuant to 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2(b)(i) where the plaintiff failed to list at least two prior lawsuits in his complaint); *Brown v. Secretary, Dep't of Corrections*, 2013 WL 607859 (N.D. Fla., Jan. 24, 2013) (finding the plaintiff's failure to disclose and truthfully describe all previous cases warranted dismissal during initial review).

Accordingly, it is the recommendation of the undersigned that Plaintiff's Complaint be

---

[1] Civil Action Nos. 5:13-CV-127 (M.D. Ga.), 6:13-CV-55 (S.D. Ga.), 6:13-CV-61 (S.D. Ga.), 3:12-CV-1586 (M.D. Pa.), 3:12-CV-1657 (M.D. Pa.).

**DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.   It is also the recommendation of the undersigned that all pending Motions in this case be **found to be moot** if this Recommendation is adopted by the district judge assigned to this case.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to the recommendation contained herein with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 9th day of January, 2014.

                                                     s/ ***THOMAS Q. LANGSTAFF***
                                                     UNITED STATES MAGISTRATE JUDGE

llf