IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HARRY LEE BOGGS, JR., : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:13-CV-107 (HL) |
| : | |
| MARTY ALLEN, et al, : | |
| : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 35) filed January 9, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation have been filed within the time allowed.

**SO ORDERED,** this the 20th day of February, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**