# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

HARRY LEE BOGGS, JR.,

    Plaintiff,

v.

MARTY ALLEN, et al.,

    Defendants.

Civil Action No. 7:13-CV-107 (HL)

## ORDER

Before the Court is Plaintiff's Objection (Doc. 44) to Judge Langstaff's Report and Recommendation (Doc. 35) that Plaintiff's lawsuit be dismissed without prejudice and that all of his pending motions be considered as moot. In light of Plaintiff's Objection[1], the Court has undertaken a *de novo* review of the Recommendation. Judge Langstaff recommended dismissing Plaintiff's lawsuit without prejudice for Plaintiff's abuse of the judicial process after providing false answers on his complaint form and failing to provide information about his prior lawsuits in federal court. In its *de novo* review, this Court has now confirmed that Plaintiff abused the judicial process by providing false answers and material omissions on his complaint form. Therefore, Plaintiff's Objection is denied, and

---

[1] Although the Objection was not filed within fourteen days of the Recommendation, Plaintiff is a prisoner and was evidently moved to a different prison recently, which delayed his receipt of and response to the Recommendation. See Garvey v. Vaughn, 993 F.2d 776, 782 (11th Cir. 1993) (applying equitable leniency towards the timing of a *pro se* prisoner's filings in a lawsuit brought under 42 U.S.C. § 1983).

there is no need for this Court to revise its earlier Order (Doc. 42) accepting and adopting Judge Langstaff's Recommendation.

**SO ORDERED**, this the 4th day of March, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr